SACHS QUALITY FURNITURE, INC., Respondent, *v.* SAM NADBORNE, Appellant.

Supreme Court, Appellate Term, First Department, November 15, 1944.

*Samuel Wollan* for appellant.

*Herbert Shiff* for respondent.

Order affirmed, with ten dollars costs.

McLAUGHLIN, EDER and HECHT, JJ., concur.

JAMES J. RICHMAN, Appellant, *v.* MINA NELSON, Respondent.

Supreme Court, Appellate Term, First Department, December 6, 1944.

*Robert Halpern* for appellant.

*Alfred Roelker* for respondent.

Judgment and order affirmed, with costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.